UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY G. TOUPS** | DOCKET NUMBER: 17-6468 |
| VERSUS | SECTION: E (MORGAN) |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA ("CIGNA")** | MAGISTRATE: 4 (ROBY) |

**PLAINTIFF'S STATEMENT PER ERISA CASE MANAGEMENT ORDER**
**[R. DOC. 15, SECTION I]**

In accordance with the Court's ERISA Case Management Order [R. Doc. 15], Section I, the plaintiff, Anthony G. Toups, through undersigned counsel, respectfully says:

1. ERISA governs the employee benefit plan at issue.

2. The plan does not vest the administrator with discretionary authority to determine the eligibility for benefits and/or construe and interpret the terms of the plan;

3. Plaintiff has not asserted any claims under state law related to the plan at issue.

Respectfully Submitted:

Attorneys for Anthony G. Toups, Plaintiff

_____
JOHN A. VENEZIA (#23963)
johnvenezia@venezialaw.net
JULIE O'SHESKY (#36245)
julieoshesky@venezialaw.net
Venezia & Associates (APLC)
757 St. Charles Avenue
Suite 302
New Orleans, Louisiana 70130
(504) 486-3910 voice
(504) 486-3913 fax

## **CERTIFICATE OF SERVICE**

I certify that I will cause a copy of the foregoing to be sent to all counsel of record via notices through the Court's ECF/CM system.

<u>December 18, 2017</u>   _____
John A. Venezia