## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY G. TOUPS** | * | **CIVIL ACTION NO. 17-6468** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

* * * * * * * * * * * * *

## ORDER

Considering the foregoing **Motion to Submit the Non-Privileged Portions of the Administrative Record Under Seal**,

IT IS ORDERED that pursuant to the Health Insurance Portability and Accountability Act ("HIPAA"), specifically 42 U.S.C. §1320d and Section 1320d-6 and the Health Information Technology for Economic and Clinical Health Act, defendant Life Insurance Company of North America's Motion to Submit the Non-Privileged Portions of the Administrative Record Under Seal is GRANTED.

IT IS FURTHER ORDERED that the non-privileged portions of the Administrative Record, identified in the foregoing Motion be maintained as part of the Court Record of the Clerk of Court, but sealed from public access. All parties herein, counsel of record, and Court personnel – including the presiding Judge, any appellate judge(s), and their respective staff, shall be permitted access to the non-privileged portions of the Administrative Record at all times during this litigation and any appeal proceedings that may occur.

1

New Orleans, Louisiana, this  19th   day of        December, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**