## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY G. TOUPS** | * | **CIVIL ACTION NO. 17-6468** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this  1st  day of ____February____, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**